USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JESUS RIVERA,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

-------------------------------------------------------X

16-CV-5238 (KMW)
13-CR-424 (KMW)

**OPINION AND ORDER**

KIMBA M. WOOD, United States District Judge:

On June 8, 2019, petitioner Jesus Rivera ("Rivera") filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 56.)[1] On January 30, 2019, Rivera filed his reply, as well as a motion to amend or correct his § 2255 petition. (ECF Nos. 73, 74.)

In his submissions, Rivera raises claims of ineffective assistance of counsel with respect to his counsel at trial, Lee Ginsberg, and his counsel on appeal, Devin McLaughlin. The Court hereby orders both attorneys to respond, by affidavit, to the allegations of ineffective assistance of counsel by April 30, 2019. If this date presents difficulties, the Court is amenable to enlarging the deadline.

Present counsel for Rivera is ordered to serve a copy of this order, as well as a copy of the submissions mentioned above, on Mr. Ginsberg and on Mr. McLaughlin by March 27, 2019.

    SO ORDERED.

Dated: New York, New York
       March 20, 2019

                                                  _Kimba M. Wood_
                                                  KIMBA M. WOOD
                                                  United States District Judge

---

[1] All ECF citations refer to the criminal docket, *United States v. Rivera*, 1:13-cr-00424-KMW.