UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JESUS RIVERA,

                        Petitioner,

   -against-

UNITED STATES OF AMERICA,

                        Respondent.

-----------------------------------------------------------X

16-CV-5238 (KMW)

13-CR-424 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

     The Court refers the parties to the civil docket in this matter. Jesus Rivera's supplemental motion to amend his Section 2255 Petition, filed February 9, 2020, is moot. On January 29, 2020, the Court granted Rivera leave to amend his Section 2255 Petition to include the claim that is the subject of the supplemental motion. (ECF No. 5.)

Dated: New York, New York
           February 11, 2020

                                                                   KIMBA M. WOOD
                                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/20

1