

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2020

**Via Email and ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/20
```

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jesus Rivera*, 13 Cr. 424 (KMW)     **MEMO ENDORSED**

Dear Judge Wood:

On or about January 29, 2020, the Court issued an Order (the "Order") regarding the defendant's three motions to amend his petition to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Pursuant to the Order, the date for the Government to respond to the defendant's first and third motions to amend is February 21, 2010.[1]

Due to the Government's recent focus on the trial of Mr. Rivera's co-defendant, which was scheduled to begin on March 2, 2020,[2] the Government is respectfully requesting an additional two weeks, until March 6, 2020, to file its response. The Government also respectfully requests that the defendant's date to file a reply brief also be extended, until March 27, 2020. The Government has spoken with Mr. Barton, counsel for Mr. Rivera, and he has consented to the extension on Mr. Rivera's behalf.

*Granted. KMW*

Thank you for your consideration of this matter.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ Sarah Krissoff
Sarah Krissoff
Assistant United States Attorney
(212) 637-2232

2-19-20
SO ORDERED, N.Y., N.Y.
*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

---

[1] The Court determined that the defendant's second motion to amend is without merit and would be futile.

[2] That defendant has now pleaded guilty.