**RICHARD W. BARTON ESQ.**
ATTORNEY AT LAW
450 SEVENTH AVENUE
SUITE 500
NEW YORK, NEW YORK 10123
212-222-8239

Hon Kimba Wood
United States District Court
Southern District of New York

April 29, 2020

Re: Jesus Rivera v. United States
28 U.S.C. 2255 Motion
Criminal 13-CR-0424
Civil 16 CV 5238

**MEMO ENDORSED**

Dear Judge Wood

On March 20, 2020, I wrote this Court to request more time to complete my reply to the Government's opposition brief on the above referenced habeas corpus petition. Unfortunately, I must renew that request. I need another two weeks to get the reply done

Emergency rules in place in New York have made me responsible for my two children during the days. My office is closed. I have been responding to health related emergencies for clients who are currently incarcerated. Despite my best efforts, the emergency situation in place in New York City has made it impossible for me to find adequate time to complete my reply

I have contacted AUSA Sarah Krissoff, who is handling this case for the Government. Ms. Krissoff does not object to a two week extension of time to file Petitioner's reply.

I request two further weeks. I will file and serve my reply on or before May 14, 2020. **] Granted. KMW**

I hope this letter finds you well. Thank you for your consideration.

Richard Barton
Attorney for Jesus Rivera
917 796 1087

**SO ORDERED.**

**Dated: April 28, 2020**
**New York, New York**

**/s/ Kimba M. Wood**
**KIMBA M. WOOD**
**United States District Judge**

BARTONLAWNYC@GMAIL.COM