| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------------X<br><br>UNITED STATES OF AMERICA<br><br>                                v.<br><br><br>JESUS RIVERA,<br><br>                    Defendant.<br>--------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: July 1, 2020 |

13-CR-424 (KMW)
**ORDER**

KIMBA M. WOOD, District Judge:

   Defendant Jesus Rivera moves to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of the COVID-19 pandemic. (ECF No. 108.)  Because Defendant submitted his motion via facsimile, the Court was significantly delayed in receiving it.

   No later than July 15, 2020, the Government shall respond to Defendant's motion. With its response, the Government shall provide the following information, after conferring with the Bureau of Prisons ("BOP") and the United States Probation Office as appropriate:

   1. Whether the Government opposes Defendant's motion;

   2. The BOP's assessment of the factors listed in the Attorney General's Memorandum for Director of Bureau Prisons dated March 26, 2020 as they pertain to Defendant; what risk factors for severe COVID-19 illness, if any, Defendant presents; who, if anyone, at the BOP assessed Defendant's risk factors for severe COVID-19 illness; and upon what specific information that person's assessment was made;

3. The criteria used by the BOP to decide whom to test for COVID-19 at the Allenwood Correctional Complex and at FCI Allenwood Low, where Defendant resides;

4. Approximately how many tests for COVID-19 have been conducted at the Allenwood Correctional Complex and at FCI Allenwood Low;

5. The number of inmates and staff who have tested positive and the number of inmates and staff who have tested negative for COVID-19 at the Allenwood Correctional Complex and at FCI Allenwood Low, both as absolute numbers and as a percentage of the total population of inmates and staff at FCI Allenwood;

6. The number of inmates and staff currently infected with COVID-19 at the Allenwood Correctional Complex and at FCI Allenwood Low;

7. Whether Defendant has been in close proximity to any inmate or staff member who has tested positive for COVID-19;

8. The Government's assessment of the factors set forth in 18 U.S.C. § 3553(a) as they pertain to Defendant;

9. Defendant's disciplinary record in prison, risk of recidivism, risk of violence, and any changes to the conditions of supervised release that should be made in the event Defendant is released;

10. Upon what specific facts and information the BOP relied in denying Defendant's compassionate release application; the date on Defendant's application to the BOP for compassionate release; and the date that Warden Easter received Defendant's application to the BOP for compassionate release;

11. Whether the BOP has considered or intends to consider Defendant for home confinement or furlough; by what date the BOP expects to make a determination

regarding home confinement or furlough; and upon what specific information the BOP's determination will rely.

SO ORDERED.

Dated: New York, New York
      July 1, 2020

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge