UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

```
┌─────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #: _____               │
│ DATE FILED: July 17, 2020                 │
└─────────────────────────────────────────┘
```

13-CR-424 (KMW)

**ORDER**

v.

JESUS RIVERA,

                    Defendant.
-------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

On July 15, 2020, the Government responded to Defendant Jesus Rivera's motion to reduce his sentence under the federal compassionate release statute, 18 U.S.C. § 3582(c)(1)(A). (ECF No. 110.)   The Government states in this response that the BOP is unable to locate records of Defendant's administrative request for compassionate release.  The Government argues that Defendant's motion should be denied for reasons including Defendant's apparent failure to exhaust his administrative remedies.

Defendant shall reply to the Government's submission no later than August 21, 2020.[1] Defendant shall provide with his reply any records he may have in his possession of his efforts to exhaust his administrative remedies. If Defendant has no such records, he shall state, to the best of his recollection, the date he submitted his administrative request for compassionate release and the date he received a denial of that request. If, at any point, the BOP locates the relevant

---

[1] The Court is mindful that Defendant may be delayed in receiving and sending mail while incarcerated. The Court appreciates Defendant's efforts to file his reply as expeditiously as possible.

records or receives a new administrative request for compassionate release from Defendant, the

Government shall promptly inform the Court.

SO ORDERED.

Dated: New York, New York
      July 17, 2020

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                  United States District Judge