```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JESUS RIVERA,

                    Petitioner,

                                                    13-CR-424 (KMW)
                                                    18-CV-5252 (KMW)
                                                    18-CV-5996 (KMW)
                                                    16-CV-5238 (KMW)
          v.                                           **ORDER**


UNITED STATES OF AMERICA,

                    Respondent.
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 29, 2021

KIMBA M. WOOD, District Judge:

On June 23, 2021, Richard Barton, Petitioner Jesus Rivera's counsel of record, filed a motion to withdraw as counsel, citing financial hardship. (ECF No. 125.[1]) The Court GRANTS the motion.

Because Mr. Barton no longer represents Mr. Rivera, the Court makes the following amendments to its June 17, 2021 Order (ECF No. 124):

On June 15, 2021 Rivera submitted a *pro se* document titled "Relation-Back Amendment Pursuant [to] Fed. R. Civ. P. 15 And 28 U.S.C. § 2255." (ECF No. 123.) No later than July 12, 2021, the Government shall file a response. If Rivera wishes to file a reply, he must do so by August 9, 2021.

---

[1] Unless otherwise noted, all ECF citations refer to the criminal docket, *United States v. Rivera*, 1:13-CR-424 (KMW).

The Clerk of Court is respectfully directed to mail a copy of this Order to Rivera.

SO ORDERED.

Dated: New York, New York
      June 29, 2021

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                      United States District Judge