```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                                    13-CR-424 (KMW)

JESUS RIVERA,                                  **ORDER**

          Defendant.

-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Defendant Jesus Rivera, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).   (ECF No. 141.)   No later than January 13, 2023, the Government shall respond to Defendant's motion.   Defendant's reply, if any, must be submitted by February 28, 2023.

      The Clerk of Court is respectfully directed to mail a copy of this Order, along with a copy of Defendant's unredacted motion and attachments, to Defendant.

      SO ORDERED.

Dated: New York, New York
       December 16, 2022                              */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                                 United States District Judge