UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

        Indict. No. 13CR424 (KMW)

V.

JESUS RIVERA,

    Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/23

**MEMO ENDORSED**

## MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY

The defendant, Jesus Rivera, pro se, requests an additional 30 days to file his reply to the government's opposition to his motion for compassionate release, for the reasons set forth below:

1. The defendant needs addition time to research and review the government's opposition.
2. The government will not be prejudiced by a 30-day enlargement of time.

Respectfully submitted,

s/Jesus Rivera

JESUS RIVERA, Pro Se

Dated: March 3, 2023

**Defendant's request for an extension of time is GRANTED. The Defendant shall submit his reply by April 28, 2023.**

**SO ORDERED.**

**New York, New York**    */s/ Kimba M. Wood*
**Dated: March 20, 2023**    **KIMBA M. WOOD**
    **United States District Judge**

1

# PROOF OF SERVICE

This is to certify that a copy of the foregoing Motion for an Enlargement of Time to File Reply has been mailed to U.S. Attorney, S. D. of NY, 1 St. Andrews Plaza, NY, NY 10007, 3rd day of March, 2023, 2023, via first class mail.

s/Jesus Rivera

JESUS RIVERA

Ms. McKinney
321 Mahogany Court
Newark, New Jersey 07104

Crim
DKt
EN
Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

RECEIVED
MAR 09 2023
CLERK'S OFFICE
S.D.N.Y.